JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | CV 20-11699 PA (PDx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CHAMBER MAID, L.P. et al., | |
| Defendant. | |

Pursuant to the Court's March 15, 2021 Minute Order dismissing Plaintiff's Americans with Disabilities Act claim with prejudice and declining to exercise supplemental jurisdiction over Plaintiff's remaining state law claim,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    Plaintiff's Americans with Disabilities Act claim is dismissed with prejudice; and

2.    Plaintiff's Unruh Civil Rights Act claim is dismissed without prejudice.

DATED: March 15, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE